**So ORDERED on 7/21/2025:**

HONORABLE JULIEN XAVIER NEALS
United States District Judge

Gary S. Graifman, Esq. (Bar ID #007621994)
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JESSICA KERR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK INC., CELSIUS NETWORK LLC, and CELSIUS LENDING LLC<br><br>Defendants. | Case No. 2:24-cv-10301<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

WHEREAS, Plaintiff Jessica Kerr ("Plaintiff") and Defendants Celsius Network Inc., Celsius Network LLC, and Celsius Network Lending LLC ("Defendants") have resolved the above-captioned litigation and have agreed to dismiss all claims and causes of action asserted by Plaintiff in this case.

Accordingly, pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii), Plaintiff stipulates to the dismissal with prejudice of all claims and causes of action asserted in this case against Defendants. The parties shall bear their own attorneys' fees, expenses, and costs.

NOW THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court dismiss the claims causes of action between them with prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Gary S. Graifman, Esq.
Kantrowitz, Goldhamer & Graifman, P.C.
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645

______________________________
Gary S. Graifman
ATTORNEYS FOR PLAINTIFF
Dated: July 16, 2025

JACKSON LEWIS, P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200

Signed by:
Luke Breslin
5B25E342D5204E0...
Luke P. Breslin
ATTORNEYS FOR DEFENDANT
Dated: July 16, 2025